**GULF REFINING COMPANY, Appellant, v. Louis FETSCHAN and Cross Park Realty Company, Appellees.**

No. 9011.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1942.

Joseph H. Head, William A. McKenzie, and Graydon, Lackner, Head & Ritchey, all of Cincinnati, Ohio, for appellant.

R. T. Dickerson, Harold Browne, and Richard Remke, all of Cincinnati, Ohio, for appellees.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on for hearing on the transcript of the record and the briefs and arguments of counsel, upon due consideration, it is hereby ordered, adjudged and decreed that the decree of the District Court be affirmed.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. CENTRAL STATE COLLIERIES, Inc.**

No. 12327.

Circuit Court of Appeals, Eighth Circuit.

June 15, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Lowenhaupt, Waite & Stolar, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, on motion of petitioner and consent.

---

**Lance POUNDERS, Appellant, v. SEARS, ROEBUCK, Appellee.**

No. 9087.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1942.

Daniel H. Cronin and Elmer H. Groefsema, both of Detroit, Mich., for appellant.

Miller, Bevan, Horwitz & Des Roches, of Detroit, Mich., for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case having been fully considered on the record, briefs, and oral argument, and the court being of the opinion that the order of the District Court setting aside and vacating the verdict of the jury and entering judgment dismissing the complaint notwithstanding the verdict of the jury was correct, the judgment of the District Court is hereby affirmed.